UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-80172-CR-RYSKAMP

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KARLTON SMITH,

    Defendant.
_____/

**REPORT AND RECOMMENDATION**

THIS CAUSE is before the Court for a final probable cause hearing on a superseding petition for violations of supervised release.  The Defendant, KARLTON SMITH, appeared before the Court on October 15, 2015.  The Defendant was charged with 3 violations of law for the on or about August 6, 2014 crimes of aggravated assault on a police officer, possession of a firearm by a convicted felon, and discharging a firearm in public.

The Government moved to dismiss the violations due to insufficient evidence for the following reasons: another individual was initially arrested for the crimes based upon a confession, a video of the Defendant at the scene does not show him clearly to be in possession of a firearm and he is wearing a white shirt (not a black shirt as described by the on scene officer), and only the fingerprints of a third person were found on the gun.

Accordingly, this Court **RECOMMENDS** that based upon the above that the District Court **DISMISS** the petition.

A party shall serve and file written objections, if any, to this Report and Recommendation with the Honorable Senior United States District Court Judge Kenneth L. Ryskamp, within fourteen days of being served with a copy of this Report and Recommendation.  *See* 28 U.S.C. § 636(b)(1)(C).  Failure to file timely objections may limit the scope of appellate review of factual findings contained herein.  *See United States v. Warren*, 687 F.2d 347, 348 (11th Cir.1982), *cert. denied*, 460 U.S. 1087 (1983).

**DONE and SUBMITTED** in Chambers at West Palm Beach in the Southern District of Florida, this 26 day of October, 2015.

*James M. Hopkins*

_____
JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE

Copies to:
Honorable Kenneth L. Ryskamp, Senior United States District Judge
Counsel of record
U.S. Marshal
U.S. Probation
Clerk of Court